### TILGHMAN CLARK vs. STEAMBOAT MOUND CITY.

APPEAL from St. Louis Court of Common Pleas.

TOMPKINS, J., delivered the opinion of the Court.

This case is in every material particular, like the preceeding case between the same parties, and is disposed of in the same manner.